# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

LEE MOMIENT
    Plaintiff

-v-                                              1:12-cv-04540

HARRIS AND HARRIS

EXPERIAN INFORMATION SOLTIONS

Defendants.

## PLAINTIFFS MOTION FOR VOLUNTARY DISMISAL PURSUANT TO FRCP 41

Now Comes the Plaintiff, Lee Momient and he moves this court to dismiss the case pursuant to FRCP 41(a)(1)(A)(i) against ONLY Defendant HARRIS AND HARRIS and in support of which he states as follows:

1. There have been no answers or responsive pleadings filed by the defendants HARRIS AND HARRIS.

2. Voluntary dismissal is proper under the rule FRCP 41(a)(1)(A)(i).

Wherefore the Plaintiff, Lee Momient, prays this court enter and order dismissing the instant case against ONLY Defendant HARRIS AND HARRIS .

Respectfully Submitted,

/s/ LEE MOMIENT

P.O. BOX 608082

CHICAGO, IL 60660

773-712-3989