# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Lee Arthur Momient

                                               Plaintiff,

v.                                                Case No.: 1:12–cv–04540

                                                               Honorable Virginia M. Kendall

Experian Information Solutions, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:This case is hereby dismissed pursuant to settlement. Status hearing set for 10/30/2012 is stricken. Civil case terminated. Telephoned notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.